IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA/ALEXANDRIA

Alexander Otis Matthews
plaintiff



v.  Case No. 1:2014-cv-207

Estrategia Investimentos, S.A., et al
defendants

Motion Requesting Leave From Court To
Add Additional Defendant

1. On 2/19/14 the plaintiff amended the above referenced complaint by adding a supplement which alleged libel, Libel Per Se, and Injurious Falsehood against The RationalWiki Foundation.

2. The plaintiff has subsequently learned that The RationalWiki Foundation has also incorporated under the name of Rational Media Foundation.

3. Based upon the updated identity information regarding the defendant, the plaintiff respectfully asks the court to grant him leave to add Rational Media Foundation as an additional defendant in this complaint.

WHEREFORE the plaintiff prays that the court will grant the relief requested.

Respectfully,

_____
Alexander Otis Matthews

⇔24394-016⇔
Alexander Otis Matthews
Berlin Federal Prison Camp
PO Box 9000
Berlin, NH 03570
United States

⇔24394-016⇔
U S District Court
Eastern Dist. Of VA
401 Courthouse SQ
Alexandria, VA 22314
United States



2231485704