Appendix A

TRULINCS 24394016 - MATTHEWS, ALEXANDER OTIS - Unit: BER-G-A

---

FROM: Gill, Geena
TO: 24394016
SUBJECT: Email 4
DATE: 02/07/2014 08:51:03 PM

Thank u

From: alexandermatthews87@hotmail.com
To: terryhester1@gmail.com
CC: alexandermatthews87@hotmail.com
Subject: Copy of the ACTUAL SWIFT 199 we sent from Estrategia Investimentos
Date: Tue, 17 May 2011 17:00:10 +0000


From: alexandermatthews87@hotmail.com
To: alexandermatthews87@hotmail.com
Subject: FW: Copy of the SWIFT 199
Date: Wed, 10 Nov 2010 02:06:12 +0000


Subject: Fw: Fwd: Copy of the 199
To: alexandermatthews87@hotmail.com
From: alexandermatthews87@hotmail.com
Date: Fri, 22 Oct 2010 13:38:48 +0000

From: TERRY HESTER <terryhester1@gmail.com>
Date: Thu, 21 Oct 2010 18:31:32 -0500
To: Alexander Matthews<alexandermatthews87@hotmail.com>
Cc: Ato Sackey<atosackey@hotmail.com>
Subject: Fwd: Copy of the 199

Dear Sirs:

Please find a copy of MT199,

Terry Hester

---------- Forwarded message ----------
From: aj@ajbassociates.com <aj@ajbassociates.com>
Date: Thu, Oct 21, 2010 at 6:09 PM
Subject: Fwd: Copy of the 199
To: Hester Terry <terryhester1@gmail.com>

ESTRBRRJ_20101021221813662
{1:F01ESTRBRRJAXXX0054000636}{2:I199CBZHCHZZXXXXU3}{4:
:20:ESTR-CONFIRM
:79:SIRS PLEASE ADVISE OUR MSG TO
BIC CODE: MAVOHUHB,
MAGYARORSZAGI VOLKSBANK ZRT
FOR ALTOFIN BANCORP LTD,ACC.NO
1111340101 FOR FURTHER CREDIT
TO CONSIRUS AG,ACC.NO-1111121180.
WE,ESTRATEGIA INVESTIMENTOS S.A.,
RIO DE JANEIRO,BRAZIL,UNDER FULL
BANKING RESPONSIBILITY HEREBY
ISSUE OUR IRREVOCABLE,DIVISIBLE,
ASSIGNABLE, TRANSFERABLE BANK

TRULINCS 24394016 - MATTHEWS, ALEXANDER OTIS - Unit: BER-G-A
--------------------------------------------------------------------------------

PAYMENT GUARANTEE IN FVR. OF
CONSIRUS AG ON BEHALF OF AMERICAN
INVESTMENT REAL ESTATE CORPORATION
AND METROPOLITAN BANCORP,TO PAY AN
AMOUNT OF EIGHTY-EIGHT MILLION
USDOLLARS FOR ONE HUNDRED MILLION
VALUE OF BOA BOND,ISIN-US638585AN94
UNDER TRANSACTION CODE:23-350M.00.
PAYMENT GUARANTEE IS CALLABLE 3
BANKING DAYS AFTER RECEIPT,
VERIFICATION AND AUTHENTICATION
OF BOND DELIVERED TO BOA, SWIFTBOFAUS3N,
ACC.NUMBER:6550113516,
ACCT.NAME:MERRILL LYNCH CREDIT TO
GREEN ENERGY CAPITAL CORP.,ACC.NO:
871-02495.BOND TITLED TO GREEN
ENERGY CAPITAL CORP. FUNDS ARE
CLEAN AND CLEAR.
FOR ESTRATEGIA INVESTIMENTOS SA.
ALEXANDRO MARCEL PHELLIPE BBM MARRAN
PIN:M-191 PIN:P-196
ANY QUERY PL REVERT TO COMPLIANCE
ON +552192452598(DIRECT), EMAIL:
SINDHU(AT)ESTRATEGIAINVESTIMENTOS.COM
-}
--------------------------------
CHK:
{5:{MAC:00000000}{CHK:1D8E5768BF28}}{S:
--------------------------------
ACK:
{1:F21ESTRBRRJAXXX0054000636}{4:{177:1010212017}{451:0}}
--------------------------------
DELIVERY REPORT:
{1:F01ESTRBRRJAXXX0054003316}{2:O0112217101021DXMFXXXXHXXX00027397541010212018S}{4:{
175:2017}
{106:101021ESTRBRRJAXXX0054000636}{108:ESTR-CONFIRM}{175:0017}
{107:101022CBZHCHZZAXXX0105026886}}
{5:{CHK:19A8CB94AF3E}{SYS:}}{S:{COP:P}}
--------------------------------
{SIG:<SignatureList><SwSec:Signature><SwSec:SignedInfo><Sw:Reference><Sw:DigestValue
>YVPFWjbIpTVaAI5AuuAvbt+H4bvRvu8aEGpSVxUxIyU=</Sw:DigestValue></Sw:Reference></SwSec
:SignedInfo><SwSec:SignatureValue>PEMF@Proc-Type: 4,MIC-ONLY
Content-Domain: RFC822
EntrustFile-Version: 2.0
Originator-DN: cn=%2,ou=snlite,o=estrbrrj,o=swift
Orig-SN: 1256432347
MIC-Info: SHA256, RSA,
cjDdBj33Lp5DTJjlV10HNquMw7/MhRxQ/kYhnTqNwKViAhU0MFZcaOVX27IzsYNB
thrBot9JwZn+21IblJIBGWJ7EHX7F11V8a+0PbCJSpv3Sey4QXcf+gLIoTs5B4KS
UPg2MvWHqDTPTkm3s6niyvY90IH67RvFJSglmLvGytLpouXUUZmw6IE3RX/j0/qR
Page 1
ESTRBRRJ_20101021221813662
3zzV2kbh19fOSEv/gl4/7vm8H+r5RIHJlySaSsJqQNASIPgrrBpMOmSdWgVptjKe
uk1ougAeOX+eF/JPygPeG49UI7H2PVz3Jn9f01IUW7qpbhx23qR09qeVbZZhV8/4
uFoO+wiaQJG2HRvi282ftQ==
</SwSec:SignatureValue><SwSec:KeyInfo><SwSec:SignDN>cn=%2,ou=snlite,o=estrbrrj,o=swi
ft</SwSec:SignDN><SwSec:CertPolicyId>1.3.21.6.2</SwSec:CertPolicyId></SwSec:KeyInfo>
<SwSec:Manifest><Sw:Reference><Sw:DigestRef>M</Sw:DigestRef><Sw:DigestValue>sWLKZ2I7
Ncy50dgL/XdWEQS+2H/YOttYSt34P8b2VEk=</Sw:DigestValue></Sw:Reference><Sw:Reference><S

TRULINCS 24394016 - MATTHEWS, ALEXANDER OTIS - Unit: BER-G-A
--------------------------------------------------------------------------------

w:DigestRef>Sw.E2S</Sw:DigestRef><Sw:DigestValue>Rjn0E8tUoZijAtAzVtLm0OCkcSN/a9Mn2gJ3lOPiZls=</Sw:DigestValue></Sw:Reference></SwSec:Manifest></SwSec:Signature></SignatureList>}}

Page 2

Meldung O20101115000005, Status '90 zur Ablage'  Seite 1 von 1

## Appendix B

| | | |
|---|---|---|
| Sender (ISN 0116 010946) | SWIFT LT | CBZHCHZZAXXX |
| Receiver | SWIFT LT | MAVOHUHBXXXX |
| | Priority | N - Normal without delivery monitoring |
| :20:Transaction Reference Number :79:Narrative | Transaction Reference Number | U1039XXX11537415 |

WE HAVE RECEIVED THE FOLLWING MESSAGE WHICH WE RELAY WITHOUT OBLIGATION AND AUDIT BY CENTRUM BANK (SWITZERLAND) AG
QUOTE
FOR ALTOFIN BANCORP LTD,ACC.NO 1111940101 FOR FURTHER CREDIT TO CONSIRUS AG,ACC.NO-1111121180.
WE,ESTRATEGIA INVESTIMENTOS S.A., RIO DE JANEIRO,BRAZIL,UNDER FULL BANKING RESPONSIBILITY HEREBY ISSUE OUR IRREVOCABLE,DIVISIBLE, ASSIGNABLE, TRANSFERABLE BANK PAYMENT GUARANTEE IN FVR. OF CONSIRUS AG ON BEHALF OF AMERICAN INVESTMENT REAL ESTATE CORPORATION AND METROPOLITAN BANCORP,TO PAY AN AMOUNT OF EIGHTY-EIGHT MILLION USDOLLARS FOR ONE HUNDRED MILLION VALUE OF BOA BOND,ISIN-US83858SAN94 UNDER TRANSACTION CODE:23-350M.00.
PAYMENT GUARANTEE IS CALLABLE 3 BANKING DAYS AFTER RECEIPT, VERIFICATION AND AUTHENTICATION OF BOND DELIVERED TO BOA, SWIFT-BOFAUS3N,ACC.NUMBER:6550113516, ACCT.NAME:MERRILL LYNCH CREDIT TO GREEN ENERGY CAPITAL CORP.,ACC.NO: 871-02495.BOND TITLED TO GREEN ENERGY CAPITAL CORP. FUNDS ARE CLEAN AND CLEAR.
FOR ESTRATEGIA INVESTIMENTOS SA.
ALEXANDRO MARCEL PHELLIPE BBM MARRAN
PIN:M-191 PIN:P-196
ANY QUERY PL REVERT TO COMPLIANCE ON +552192452598(DIRECT), EMAIL: SINDHU(AT)ESTRATEGIAINVESTIMENTOS.COM
UNQUOTE

https://app.anasys.net/webclient/applications/swift/main

# COMMONWEALTH OF VIRGINIA



MARK C. CHRISTIE
COMMISSIONER

JAMES C. DIMITRI
COMMISSIONER

JUDITH WILLIAMS JAGDMANN
COMMISSIONER

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

STATE CORPORATION COMMISSION
Office of the Clerk

December 10, 2013

ALEXANDER MATTHEWS
24394-016 BERLIN FEDERAL PRISON CAMP
PO BOX 9000
BERLIN, NH 03570

RE: AMERICAN INVESTMENTS REAL ESTATE CORPORATION
ID: F144027 - 2

An application to the State Corporation Commission for reentry on behalf of the above-referenced corporation must be received within 5 years of revocation and must meet all requirements set forth in Section 13.1-769.1 of the Code of Virginia for stock corporations, or Section 13.1-931.1 of the Code of Virginia for nonstock corporations. In order to comply with these requirements, your application for reentry must include:

1. A letter requesting reentry signed by an officer or director of the corporation.

2. A check or money order payable to the State Corporation Commission in the amount of $540.00 to cover the following:

   Reentry fee: $100.00

   Registration fee(s) and penalties (if applicable): $440.00

   for the following year(s): 2010 2011 2012 2013

3. An annual report on the enclosed form, recently dated and typed or printed in black ink.

4. A duly authenticated copy of any amendments made to the articles of incorporation by a foreign corporation and any mergers entered into by a foreign corporation from the date of surrender or revocation of its certificate of authority to the date of application for reentry, along with a $25.00 filing fee for each amendment or merger that is separately authenticated.

Finally, if the registered agent and/or registered office address has changed, complete and return the enclosed form SCC635/834.

DATE OF SURRENDER or REVOCATION: February 28, 2011

REINSTAT
CIS0372