IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| ALEXANDER OTIS MATTHEWS,<br>　　　　　Plaintiff,<br><br>-v-<br><br>ESTRATEGIA INVESTIMENTOS, S.A., *et al.*,<br>　　　　　Defendants. | Civil No. 1:14-cv-207<br><br>Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on the Plaintiff's motion for leave to add an additional defendant. (Dkt. No. 3). Plaintiff states that on February 19, 2014, he amended the complaint in this action by adding a supplement alleging claims against the "RationalWiki Foundation." He alleges that the Rational Wiki Foundation has also incorporated under the name "Rational Media Foundation" and asks leave to add the latter entity as a defendant.

Review of the Clerk's docket shows that Plaintiff could not have amended his claim on February 19, 2014, because the complaint was not filed until February 26, 2014. On March 28, 2014, he filed the instant motion. He then filed a supplement to the complaint on June 9, 2014. On August 13, 2014, Plaintiff filed an amendment to the complaint, and on September 9, 2014, he filed a supplement to that amendment.

Neither the original complaint nor the amended complaint, nor either of the supplements name the RationalWiki Foundation as a defendant. The original complaint expressly names four defendants: (1) Estrategia Investimentos, S.A.; (2) Bruce H. Haglund; (3) Wilson, Haglund, & Paulsen; and (4) Metropolitan Bancorp, Ltd. The amendment names one additional defendant,

1

Centrum Bank Ltd. These are the only defendants named in this action. Because the RationalWiki Foundation has never been named as a defendant in this action, the Court declines Plaintiff's request to add Rational Media Foundation as an additional defendant. Accordingly, it is hereby

ORDERED that the motion for leave to add an additional defendant (Dkt. No. 3) is DENIED.

March 26, 2015
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge