Alexander Otis Matthews
24394-016
PO BOX 9000
Berlin Federal Prison Camp
Berlin, NH 03570

2 0 2017

Date: 3/13/2017

re: 1:14-cv-207-LO-MSN Alexander Otis Matthews v.
    Estrategia Investimentos, S.A., et al
    Request For Service Via Email

Ms. Paulina Miller
Deputy Clerk
E.D.VA/Alexandria US District Court
401 Courthouse Square
Alexandria, VA 22314

Dear Deputy Clerk Miller:

     This letter is in reply to your March 7, 2017 letter
to me concerning my request for service of Centrum Bank
via their corporate email.

     I respectfully challenge your finding that this EDVA
district does not permit service via email for international
defendants. Not only is this permitted in this district,
Judge Thomas Rawles Jones, Jr. of this very court has
ruled that it satisfies the rigors of constitutional due
process. Please reference his decision in Whoshere, Inc.,
Plaintiff v. Gokhan Oran d/b/a WhoNear; Who Near; whonear
me, Defendant, U.S. Dist LEXIS 22084, Civil No. 1:13-cv-
00526-AJT-TRJ (4th Cir. 2014). In that EDVA case Judge
Jones ruled that " In applying Rule 4(f)(3), a court must
tailor the method of service to the circumstances so long
as that method 1) is not prohibited by international
agreement and 2) comports with constitutional notions of
due process." The Court then cited Gurung v. Malhotra,
279 F.R.D 215, 219 (S.D.N.Y. 2011); In re Int'l Telemedia
Associates, Inc, 245 B.R. 713, 720 ( Bankr. N.D. GA 2000);
and Chanel, Inc v. acheterchanel.com, 2012 US Dist LEXIS
115578, 2012 WL 3544844, at *3 (S.D. Fla. Aug. 16, 2012).

     Judge Jones concluded that " The court finds that
service of process on defendant by email and social media
networking websites identified by defendant as belonging
to him complies with both Rule 4(f)(3) and constitutional
due process."

     Accordingly, as an indigent plaintiff who is presently
confined I respectfully ask that either this Clerk's Office
or the US Marshall's Office scan the complaint into a PDF
or Word Doc file and deliver the complaint to the
defendant's following corporate email address :

-1-

info@centrumbank.ch

My family has checked thoroughgly and Centrum Bank has
no present US Address. Their current physical address is:

        Centrum Bank AG
        Bellerivestrasse 42
        Postfach 8034
        Zurich, Switzerland

    In this particular situation with no US address for
this defendant there is no other option for me to effect
service upon Centrum Bank. Since service by this method
is recognized by this Court I respectfully ask that your
office effect service upon Centrum Bank via its email I
just provided.

    Thank you very much for your assistance.

                Respectfully,

                Alexander Otis Matthews



~24394-016 ~
Alexander Otis Matthews
Berlir Federal Prison Camp
PO Box 9000
Berlin, NH 03570
United States

WHITE RIVER JUNCTION
VT 050 1 L
14 MAR 2017 PM

~24394-016 ~
U S District Court
Eastern Dist. Of VA
401 Courthouse SQ
Alexandria, VA 22314
United States