**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

FILED

| | |
|---|---|
| PLAINTIFF Alexander Otis Matthews | COURT CASE NUMBER 1:14CV207-LO-MSN |
| DEFENDANT Estrategia Investimentos, S.A., et al. | TYPE OF PROCESS Supplemental Summons, Complaint, Amd. Complaint |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Estrategia Investimentos, S.A.

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2828 Coral Way, Suite 509, Miami, Florida, 33145

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Alexander Otis Matthews #84394-016
Berlin Federal Prison Camp
P.O. Box 9000
Berlin, NH 03570

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Pauline C. Miller, Deputy Clerk
☑ PLAINTIFF / PRO SE
☐ DEFENDANT
TELEPHONE NUMBER (703) 299-2101
DATE 3/7/2017

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 3 of 4 | District of Origin No. C83 | District to Serve No. 004 | Signature of Authorized USMS Deputy or Clerk Jewel Dodge | Date 3-17-2017 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (If not shown above)
Andres Rivero, attorney

Address (complete only if different than shown above)
2525 Ponce De Leon Blvd.
Coral Gables, FL 33134

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service 4-7-17   Time 10:35 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 4-5-17 - No answer - door locked - left card - attempted service
4-7-17 - Personally served attorney Andres Rivero who is representing Estrategia Investimentos and said he is authorized to accept service.

PRIOR EDITIONS MAY BE USED   1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)