# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| Field | Value |
|---|---|
| PLAINTIFF | Alexander Otis Matthews |
| DEFENDANT | Estrategia Investimentos, S.A., et al. |
| COURT CASE NUMBER | 1:14CV207-LO-MSN |
| TYPE OF PROCESS | Summons, Complaint, Amd. Complaint, Supplements |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Estrategia Investimentos, S.A.

**AT** ADDRESS: 2828 Coral Way, Miami, Florida, 33145

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Alexander Otis Matthews #24394-016
Berlin Federal Prison Camp
P.O. Box 9000
Berlin, NH 03570

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 4
- Check for service on U.S.A.:

FILED 2017 APR 19 A 11:55
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Pauline U. Miller, Deputy Clerk
TELEPHONE NUMBER: (703) 299-8101
DATE: 3/7/2017

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 of 4 | 083 | 004 | Jewel Dodges | 3-17-2017 |

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served: **Andres Rivero, attorney**

Address: 2525 Ponce De Leon Blvd., Coral Gables, FL 33134

Date of Service: 4-7-17    Time: 10:35 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS:** 4-5-17 - No answer - door locked - left card - attempted service
4-7-17 - Personally served attorney Andres Rivero who is representing Estrategia Investimentos and said he is authorized to accept service.

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)