# RIVERO MESTRE

April 20, 2017

**By FedEx**

Ms. Glenda Walker
Supervisor Clerk's Office
U.S. District Court for the Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, Virginia 22314



Re: Invalid service of process in *Matthews v. Estrategia Investimentos, S.A., et al.*, E.D. Va. case no. 14-00207-LO-MSN (the "Action").

Dear Ms. Walker:

I write to ask that the record be corrected to reflect that service of process on Estrategia Investimentos, S.A. ("Estrategia") was invalid. As my colleague Claudia Colom explained to you over the telephone, there has been a misunderstanding regarding the service of process to Estrategia, as I am not authorized to accept service of process on behalf of Estrategia.

Federal Rule 4(h)(1)(B) permits service to a corporation by delivering a copy of the summons and the complaint to an officer, a managing or general agent, or any other agent authorized. My firm does not represent, and is not authorized to accept service for, Estrategia. Thus, the purported service of process to Estrategia is invalid and should be disregarded and quashed. Furthermore, Estrategia has been taken over by the Brazilian government. I enclose a declaration in support of this request.

Therefore, I respectfully ask that the record be corrected to reflect that Estrategia has not been served through service on me and that my firm does not represent Estrategia in this Action.

Respectfully yours,

Andrés Rivero

AR/cc

Enclosures

997.01\ESTRATEGIA\CORR\LTR G. WALKER 04.20.17


Rivero Mestre LLP
www.riveromestre.com
T 305 4452500    F 305 4452505


MIA 2525 Ponce de Leon Blvd. NYC
Suite 1000
Miami, FL 33134