# COMPOSITE EXHIBIT A

BRASIL    Acesso à informação Barra GovBr

Sobre a Instituição | Perguntas frequentes | Glossário | Mapa do site | Sisbacen | Fale conosco | Links | *English*


**BANCO CENTRAL DO BRASIL**

Início » Legislação e normas » Normas do CMN e do BC » Ato do Presidente nº 1.321, de 5/5/2016

## Ato do Presidente nº 1.321, de 5/5/2016

ATO DO PRESIDENTE Nº 1.321, DE 5 DE MAIO DE 2016

> Decreta a liquidação extrajudicial da Estratégia Investimentos S.A. - Corretora de Valores e Câmbio.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, inciso XV, do Regimento Interno, anexo à Portaria nº 84.287, de 27 de fevereiro de 2015, com fundamento nos arts. 15, inciso I, alíneas "a" e "b", § 2º, 16 e 52 da Lei nº 6.024, de 13 de março de 1974,

Considerando o comprometimento patrimonial e financeiro da Estratégia Investimentos S.A. - Corretora de Valores e Câmbio;

Considerando a existência de graves violações às normas legais e estatutárias que disciplinam a atividade da instituição, conforme consta do Processo Eletrônico nº 62.768,

R E S O L V E :

Art. 1º Fica decretada a liquidação extrajudicial da Estratégia Investimentos S.A. - Corretora de Valores e Câmbio, CNPJ nº 74.073.974/0001-31, sediada na cidade do Rio de Janeiro.

Art. 2º Fica nomeado liquidante, com amplos poderes de administração e liquidação, Fernando Augusto Amorim de Magalhães, carteira de identidade nº 02146202-3 Detran/RJ e CPF nº 036.703.257-00.

Art. 3º Fica indicado, como termo legal da liquidação extrajudicial, o dia 7 de março de 2016.

Alexandre Antonio Tombini

*[Unofficial translation of a document in Portuguese]*

*[Logo]*
*Central Bank of Brazil*

ACT OF THE PRESIDENT No. 1,321, MAY 5, 2016

> Decree the extrajudicial liquidation of Estrategia Investimentos, S.A. - Brokerage of Securities and Exchange.

The President of the Central Bank of Brazil, in the use of the attributions granted by art. 12, item XV, of the Internal Regulations, attached to Administrative Rule No. 84,287, of February 27, 2015, based on arts. 15, item I, lines "a" and "b", paragraphs 2, 16 and 52 of Law 6,024 of March 13, 1974,

Considering the equity and financial commitment of Estrategia Investimentos, S.A. - Brokerage of Securities and Exchange;

Considering the existence of serious violations of the legal and statutory rules that govern the activity of the institution, as stated in Electronic Case No. 62,768,

R E S O L V E:

Art. 1: The extrajudicial liquidation of Estrategia Investimentos, S.A. - Brokerage of Securities and Exchange, CNPJ No. 74.073.974 / 0001-31, based in the city of Rio de Janeiro, is hereby decreed.

Art. 2: Fernando Augusto Amorim de Magalhães, with identity card No. 02146202-3 Detran / RJ and CPF No. 036.703.257-00, is appointed receiver, with ample powers of administration and liquidation.

Art. 3: It is indicated, as legal term of extrajudicial liquidation, on March 7, 2016.

Alexandre Antonio Tombini

*[--- End of the document ---]*

BRASIL    Acesso à Informação Barra GovBr

Sobre a Instituição | Perguntas frequentes | Glossário | Mapa do site | Sisbacen | Fale conosco | Links | *English*


**BANCO CENTRAL DO BRASIL**

Início » Regimes de Resolução e Privatizações » Liquidação extrajudicial, Intervenção e RAET » Consulta da empresa - Posição atual

## Consulta da empresa - Posição atual

\* Os atos normativos (Ato-Presi) podem ser consultados através do endereço: http://www.bcb.gov.br/?BUSCANORMA.

| Dados da empresa ||
|---:|:---|
| Empresa | ESTRATEGIA INVESTIMENTOS S.A.- CORRETORA DE VALORES E CAMBIO |
| CNPJ | 74.073.974 |
| Regime Atual | Liquidação Extrajudicial |
| Situação do regime | ATIVO |
| Endereço | PRAÇA XV DE NOVEMBRO, 38-A - salas 42/46, CENTRO |
| Cidade | RIO DE JANEIRO - RJ |
| CEP | 20010-010 |
| Telefone(s) | (21) 2507-4338<br>(21) 2507-4339<br>(21) 3852-2946 |
| E-mail | liquidante@estrategiainvestimentos.com.br |
| Início do regime | 05/05/2016 |
| Ato Presi* | 1321 |
| Liquidante | FERNANDO AUGUSTO AMORIM DE MAGALHAES |

[ Voltar ]

*[Unofficial translation of a document in Portuguese]*

*[Logo]*
*Central Bank of Brazil*

# Company inquiry – Current status

\* The normative acts (Ato-Presi) can be consulted through the address: http://www.bcb.gov.br/?BUSCANORMA.

| Company information | |
|---|---|
| Company | ESTRATEGIA INVESTIMENTOS S.A.- BROKERAGE OF SECURITIES AND EXCHANGE |
| CNPJ | 74.073.974 |
| Current Regime | Extrajudicial Liquidation |
| Status of regime | ACTIVE |
| Address | PRAÇA XV DE NOVEMBRO, 38-A - salas 42/46, CENTRO |
| City | RIO DE JANEIRO - RJ |
| CEP | 20010-010 |
| Telephone(s) | (21) 2507-4338<br>(21) 2507-4339<br>(21) 3852-2946 |
| E-mail | liquidante@estrategiainvestimentos.com.br |
| Initial date of regime | 05/05/2016 |
| Ato Presi* | 1321 |
| Receiver | FERNANDO AUGUSTO AMORIM DE MAGALHAES |

*[--- End of the document ---]*