# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| ALEXANDER OTIS MATTHEWS )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ESTRATEGIA INVESTIMENTOS, S.A., *et al.*, )<br>)<br>*Defendants*. )<br>) | Civil Action No. 1:14-cv-207 |

## ORDER

On April 10, 2017, the United States Marshals returned a summons as executed for Defendant Estategia Investimentos, S.A. Dkt. No. 24. The summons was accepted by an attorney, Andres Rivero. *Id.* By letter dated April 20, 2017, Mr. Rivero advised the Court that he is not authorized to accept service on behalf of the Defendant and only accepted the United States Marshals' service on the mistaken belief that it was directed at his client, a Miami-based former employee of Estategia Investimentos. Dkt. No. 30. The former employee is not named in the Complaint in this matter. Mr. Rivero further advised that Estategia Investimentos is currently in receivership with the Brazilian government.

For this reason, and for good cause shown, the Court hereby ORDERS the Clerk of Court to amend the docket to reflect that service was **not** executed for Defendant Estrategia Investimentos. Dkt. No. 24. The Clerk of Court shall effect service on the Defendant.

April 26, 2017
Alexandria, VA

/s/
Liam O'Grady
United States District Judge