# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| United States District Court for the Eastern District of Virginia 401 Courthouse Square Alexandria, VA 22314 | Obergericht des Kantons Zurich Zentralbehorde Rechtshilfe Zivilsachen International Rechtshilfe Hirschengraben 15 Postfach 8021 Zurich |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
Centrum Bank Ltd
Zurich. AG
District 8. 8008
Zurich, Switzerland

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

***List of documents** / Énumération des pièces*

- Summons. Complaint. Amended Complaint and Supplement to Amended Complaint
- ____

\* *if appropriate / s'il y a lieu*

**Done at** / Fait à Alexandria, VA.

**The /** le 9th of May, 2017

**Signature and/or stamp**
Signature et / ou cachet

*Glenda Walker*

United States District Court
401 Courthouse Square
Alexandria, VA 22314

EINGEGANGEN am Obergericht Zürich,
Abteilung Internationale Rechtshilfe am:

28. Juni 2017

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| **— the (date) / le (date):** | 10.07.2017 |
| **— at (place, street, number):** <br> à (localité, rue, numéro) : | Centrum Beratungs-und Beteiligungen AG Bellerviestrasse 42, 8008 Zürich |

**— in one of the following methods authorised by Article 5:**
dans une des formes suivantes prévues à l'article 5 :

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*** <br> selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | **in accordance with the following particular method*:** <br> selon la forme particulière suivante* : <br> _____ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily*** <br> par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** <br> Identité et qualité de la personne : | Zandarine Achille, authorized employee of Centrum Beratungs- und Beteiligungen AG |
| **Relationship to the addressee (family, business or other):** <br> Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

_____

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes** / Annexes*

| | |
|---|---|
| **Documents returned:** <br> Pièces renvoyées : | _____ |
| **In appropriate cases, documents establishing the service:** <br> Le cas échéant, les documents justificatifs de l'exécution : | _____ |

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at / Fait à** Zürich, <br><br> **The / le** 13.07.2017 | **Signature and/or stamp** <br> Signature et / ou cachet <br><br> Obergericht des Kantons Zürich <br> Internationale Rechtshilfe |