# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandra Division

ALEXANDER OTIS MATTHEWS

        Plaintiff,

vs.

ESTRATEGIA INVESTIMENTOS, S.A., et al.

        Defendants.

Case No. 1:14cv0207 LO/MSN

## DECLARATION OF DR. JOHANNES BURGER

I, Dr. Johannes Burger, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration, and if called to testify at a hearing or a trial in this matter, I could and would competently testify under oath to the facts contained herein.

2. Centrum Beratungs- und Beteiligungen AG ("Centrum B&B") is a Swiss stock corporation organized and existing under the laws of Switzerland.

3. I am a member of the Board of Directors of Centrum B&B.

4. Centrum B&B was formerly known as Centrum Bank (Switzerland) AG until November 2014 when its name was changed to Centrum Beratungs- und Beteiligungen AG.

5. Centrum B&B has never maintained a place of business in the Commonwealth of Virginia.

6. None of Centrum B&B's corporate files are located in the Commonwealth of Virginia.

7. At no time has Centrum B&B had any employees located in the Commonwealth of Virginia.

8. Centrum B&B is not licensed, registered, or otherwise authorized to conduct business in the Commonwealth of Virginia.

9. Centrum B&B has no property, bank accounts, officers, or mailing addresses in the Commonwealth of Virginia.

10. Centrum B&B has paid no taxes to the Commonwealth of Virginia.

11. Centrum B&B does not maintain any telephone listing or mailing address in the Commonwealth of Virginia.

12. Centrum B&B has not solicited any business in the Commonwealth of Virginia.

13. Centrum B&B has not derived any revenue from services rendered in the Commonwealth of Virginia.

I, Dr. Johannes Burger, hereby declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Zurich, Switzerland, at 01:00 pm on the 28 day of July 2017.

_____
Dr. Johannes Burger