# EXHIBIT A

# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "AMERICAN INVESTMENTS REAL ESTATE CORPORATION" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF INCORPORATION, FILED THE TWENTY-THIRD DAY OF AUGUST, A.D. 1988, AT 4:30 O`CLOCK P.M.

CERTIFICATE OF REVIVAL, CHANGING ITS NAME FROM "AMERICAN INVESTMENTS CORPORATION" TO "AMERICAN INVESTMENTS REAL ESTATE CORPORATION", FILED THE TWENTIETH DAY OF APRIL, A.D. 1992, AT 9 O`CLOCK A.M.

CERTIFICATE OF REVIVAL, FILED THE FOURTEENTH DAY OF AUGUST, A.D. 2002, AT 9 O`CLOCK A.M.

CERTIFICATE OF REVIVAL, FILED THE TWENTY-FIRST DAY OF APRIL, A.D. 2004, AT 10:39 O`CLOCK A.M.

CERTIFICATE OF REVIVAL, FILED THE THIRD DAY OF MARCH, A.D. 2009, AT 8 O`CLOCK A.M.

*Jeffrey W. Bullock, Secretary of State*

2170353 8100H
SR# 20176862105

Authentication: 203491387
Date: 10-31-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

Ex. A, Pg. 1 of 7

# Delaware
## The First State

Page 2

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "AMERICAN INVESTMENTS REAL ESTATE CORPORATION".

Jeffrey W. Bullock, Secretary of State

2170353  8100H
SR# 20176862105

Authentication: 203491387
Date: 10-31-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

Ex. A, Pg. 2 of 7

CERTIFICATE OF INCORPORATION

OF

AMERICAN INVESTMENTS CORPORATION

FILED

AUG 23 1988

1. The name of the corporation is:

AMERICAN INVESTMENTS CORPORATION

2. The address of its registered office in the State of Delaware is Corporation Trust Center, 1209 Orange Street, in the City of Wilmington, County of New Castle. The name of its registered agent at such address is The Corporation Trust Company.

3. The nature of the business or purposes to be conducted or promoted is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

4. The total number of shares of stock which the corporation shall have authority to issue is One Thousand (1,000) all of such shares shall be without par value.

5. The board of directors is authorized to make, alter or repeal the by-laws of the corporation. Election of directors need not be by written ballot.

6. The name and mailing address of the incorporator is:

T. L. Ford
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

7. To the fullest extent permitted by the Delaware General Corporation Law as the same exists or may hereafter be amended, a director of this corporation shall not be liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a director.

I, THE UNDERSIGNED, being the incorporator hereinbefore named, for the purpose of forming a corporation pursuant to the General Corporation Law of Delaware, do make this certificate, hereby declaring and certifying that this is my act and deed and the facts herein stated are true, and accordingly have hereunto set my hand this 23rd day of August, 1988.

_____
T. L. Ford

CERTIFICATE
FOR RENEWAL AND REVIVAL OF CHARTER

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 04/20/1992
921125224 - 2170353

AMERICAN INVESTMENTS REAL ESTATE CORPORATION (formerly American Investments Corporation), a corporation organized under the laws of Delaware, the certificate of incorporation of which was filed in the office of the Secretary of State on the 23rd day of August, 1988 and recorded in the office of the Recorder of Deeds for New Castle County, the charter of which was voided for non-payment of taxes, now desires to procure a restoration, renewal and revival of its charter, and hereby certifies as follows:

1. The name of this corporation is AMERICAN INVESTMENTS REAL ESTATE CORPORATION (formerly American Investments Corporation).

2. Its registered office in the State of Delaware is located at 15 North Street, Dover, County of Kent and the name and address of its registered agent is HIQ CORPORATE SERVICES, INC.

3. The date when the restoration, renewal, and revival of the charter of this company is to commence is the 28th day February, 1990, the same being prior to the date of the expiration of the charter of this corporation is to be perpetual.

4. This corporation was duly organized and carried on the business authorized by its charter until the first day of March, A.D., 1990, at which time its charter became inoperative and void for non-payment of taxes and this certificate for renewal and revival is filed by authority of the duly elected directors of the corporation in accordance with the laws of the State of Delaware.

IN TESTIMONY WHEREOF, and in compliance with the provisions of Section 312 of the General Corporation Law of the State of Delaware, as amended, providing for the renewal, extension and restoration of charters,
__Alexander Matthews__ the last and acting President, and
__Alexander Matthews__ the last and acting Secretary of
AMERICAN INVESTMENTS REAL ESTATE CORPORATION (formerly American Investments Corporation) have hereunto set their hands to this certificate this __14th__ day of April, 1992.

_[signature]_
Last and Acting President

ATTEST:
_[signature]_
Last and Acting Secretary

# STATE OF DELAWARE
# CERTIFICATE FOR RENEWAL
# AND REVIVAL OF CHARTER

American Investments Real Estate Corporation, a corporation organized under the laws of Delaware, the charter of which was voided for non-payment of taxes, now desires to procure a restoration, renewal and revival of its charter, and hereby certifies as follows:

1. The name of this corporation is American Investments Real Estate Corporation

2. Its registered office in the State of Delaware is located at 12260 Willow Grove Road, Bldg #2, Camden DE, 19934 Street, City of Camden Zip Code 19934 County of Kent the name and address of its registered agent is Central Delaware Corporate Services - 302-698-0118

3. The date of filing of the original Certificate of Incorporation in Delaware was August 23rd, 1988

4. The date when restoration, renewal, and revival of the charter of this company is to commence is the 28th day of February, 2002, same being prior to the date of the expiration of the charter. This renewal and revival of the charter of this corporation is to be perpetual.

5. This corporation was duly organized and carried on the business authorized by its charter until the 1st day of March A.D. 2002 at which time its charter became inoperative and void for non-payment of taxes and this certificate for renewal and revival is filed by authority of the duly elected directors of the corporation in accordance with the laws of the State of Delaware.

IN TESTIMONY WHEREOF, and in compliance with the provisions of Section 312 of the General Corporation Law of the State of Delaware, as amended, providing for the renewal, extension and restoration of charters, Alexander Mathews the last and acting authorized officer hereunto set his/her hand to this certificate this 8th day of August, 2002 A.D.

By: _____
Authorized Officer
Name: Alexander Mathews
Print or Type
Title: President

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:39 AM 04/21/2004
FILED 10:39 AM 04/21/2004
SRV 040290701 - 2170353 FILE

# STATE OF DELAWARE
# CERTIFICATE FOR RENEWAL
# AND REVIVAL OF CHARTER

This corporation organized under the laws of Delaware, the charter of which was voided for non-payment of taxes, now desires to procure a restoration, renewal and revival of its charter, and hereby certifies as follows:

1. The name of this corporation is _American Investments Real Estate Corporation_
2. Its registered office in the State of Delaware is located at _12260 Willow Grove Road, Bldg #2, Camden DE_ Street, City of _Camden_ Zip Code _19934_ County of _Kent_ the name and address of its registered agent is _Control Delaware Corporate Services_.
3. The date of filing of the original Certificate of Incorporation in Delaware was _August 23rd, 1988_.
4. The date when restoration, renewal, and revival of the charter of this company is to commence is the _26th_ day of _February_ same being prior to the date of the expiration of the charter. This renewal and revival of the charter of this corporation is to be perpetual.
5. This corporation was duly organized and carried on the business authorized by its charter until the _1st_ day of _March_ A.D. _2004_, at which time its charter became inoperative and void for non-payment of taxes and this certificate for renewal and revival is filed by authority of the duly elected directors of the corporation in accordance with the laws of the State of Delaware.

IN TESTIMONY WHEREOF, and in compliance with the provisions of Section 312 of the General Corporation Law of the State of Delaware, as amended, providing for the renewal, extension and restoration of charters, _Alexander Matthews_ the last and acting authorized officer hereunto set his/her hand to this certificate this _21st_ day of _April, 2004_

By: _____
Authorized Officer
Name: _Alexander Matthews_
Print or Type
Title: _President_

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:00 AM 03/03/2009
FILED 08:00 AM 03/03/2009
SRV 090234127 - 2170353 FILE

# STATE OF DELAWARE
## CERTIFICATE FOR RENEWAL
## AND REVIVAL OF CHARTER

The corporation organized under the laws of the State of Delaware, the charter of which was voided for non-payment of taxes and/or for failure to file a complete annual report, now desires to procure a restoration, renewal and revival of its charter, and hereby certifies as follows:

1. The name of the corporation is _____
AMERICAN INVESTMENTS REAL ESTATE CORPORATION

2. Its registered office in the State of Delaware is located at _____
40B COMMERCE STREET
_____ (street), City of HARRINGTON
Zip Code 19952   County of KENT   the name of its registered agent is _____
CENTRAL DELAWARE CORPORATE SERVICES, INC.

3. The date of filing of the original Certificate of Incorporation in Delaware was 8/23/88

4. The date when restoration, renewal, and revival of the charter of this company is to commence is the 29 day of FEB., same being prior to the date of the expiration of the charter. This renewal and revival of the charter of this corporation is to be perpetual.

5. This corporation was duly organized and carried on the business authorized by its charter until the 1 day of MARCH, 2008, at which time its charter became inoperative and void for non-payment of taxes and/or failure to file a complete annual report and this certificate for renewal and revival is filed by authority of the duly elected directors of the corporation in accordance with the laws of the State of Delaware.

IN TESTIMONY WHEREOF, and in compliance with the provisions of Section 312 of the General Corporation Law of the State of Delaware, as amended, providing for the renewal, extension and restoration of charters the last and acting authorized officer hereunto set his/her hand to this certificate this 25 day of FEB., 2009

By: _____
Authorized Officer
Name: ALEX MATTHEWS
Print or Type

Ex. A, Pg. 7 of 7